**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PARNELL R. MAY**                                                                                          **PLAINTIFF**

**VS.**                                    **4:20-CV-00826-BRW-JJV**

**ERIC HIGGINS, Sheriff,**
**Pulaski County,** *et al.*                                                                              **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's conditions of confinement and procedural due process claims against Defendants are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted. Plaintiff may proceed with his failure to protect claims against them.

I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 20th day of August, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).