IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**                                                                                      **PLAINTIFF**

VS.                            **4:20-CV-00826-BRW**

**ERIC HIGGINS,**
**Sheriff, Pulaski County,** *et al.*                                    **DEFENDANTS**

## **ORDER**

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 43) is GRANTED. Plaintiff's failure to protect claim against Defendants Higgins, Hendricks, Bennett, Hill, and Davis in their official and individual capacities is DISMISSED with prejudice, and this case is CLOSED. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 4th day of June, 2021.

                                                                  Billy Roy Wilson
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).