IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**                                                                   **PLAINTIFF**

VS.                                              **4:20-CV-00826-BRW**

**ERIC HIGGINS,**
**Sheriff, Pulaski County,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 4th day of June, 2021.

                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).